NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
KAREN Y. PAIK (Cal. Bar No. 288851)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8561
    Facsimile: (213) 894-7819
    E-mail: Karen.Paik@usdoj.gov

Attorneys for Defendant
Surya-Rao Pakalapati, M.D.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VICTOR S. PALACIOS, | No. CV |
| Plaintiff, | |
| v. | NOTICE OF REMOVAL OF CIVIL ACTION |
| SURYA-RAO PAKALAPATI, M.D., and DOES 1 through 100, | [28 U.S.C. § 2679(d)(2)] |
| Defendants. | |

1  TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
2  DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF, IN PRO PER:
3  PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 2679(d)(2), Defendant
4  Surya-Rao Pakalapati, M.D., hereby removes to this Honorable Court the State Court
5  action described below.  The grounds for this removal are as follows:
6  1.  On December 14, 2017, Plaintiff Victor S. Palacios filed a civil action
7  against the Defendant in the Superior Court of the State of California for the County of
8  San Bernardino, entitled *Victor S. Palacios v. Surya-Rao Pakalapati, M.D.,* as Case No.
9  CIVDS1724655.  A copy of the Complaint is attached as Exhibit 1. The Complaint
10 appears to allege a claim arising in tort. The Defendant has not yet been served with the
11 Complaint.
12 2.  This action is one which must be removed to this Court pursuant to 28
13 U.S.C. § 2679(d)(2) in that the Defendant was acting within the course and scope of his
14 employment with the United States of America at all times material to the allegations
15 contained in the Complaint.  A duly executed Certification of the Chief of the Civil
16 Division for the Central District of California, attesting to the foregoing, is attached as
17 Exhibit 2.  This Court has exclusive jurisdiction over civil actions for money damages
18 for injury allegedly caused by the negligent or wrongful act or omission of an employee
19 of the United States which purportedly occurred in the course and scope of employment.
20 28 U.S.C. § 1346(b.
21 3.  Removal is timely under 28 U.S.C. § 2679(d)(2) in that the trial of Case No.
22 CIVDS1724655 has not yet commenced.
23 4.  Because this notice is being filed on behalf of the Defendant, no bond is
24 required under the terms of 28 U.S.C. §§ 2408 and 2679(d)(2).

1

WHEREFORE, Defendant removes this action now pending in the Superior Court of the State of California for the County of San Bernardino, Case No. CIVDS1724655, to the United States District Court for the Central District of California.

Dated: May 7, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

   /s/ Karen Y. Paik
KAREN Y. PAIK
Assistant United States Attorney

Attorneys for Defendant
Surya-Rao Pakalapati, M.D.