Victor S. Palacios
8436 Sierra Ave., Suite A
Fontana, California 92335
Tel.: (951) 452-8836
Fax.: (888) 650-1866

In propia persona.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION
DEC 14 2017
BY SARA PUGH
DEPUTY

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN BERNARDINO

VICTOR S. PALACIOS;

    Plaintiff,

v.

SURYA-RAO PAKALAPATI, M.D., and DOES 1 TO 100,

    Defendants.

CASE NO.: CIVDS1724655

**COMPLAINT FOR MEDICAL MALPRACTICE**

ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

The following is pled on information and belief:

1. At all times mentioned in this complaint, Plaintiff, VICTOR S. PALACIOS (hereinafter "PALACIOS" or "Plaintiff"), an adult, was at all times material to this Complaint, herein a resident of the County of Los Angeles, California.

2. At all times mentioned in this complaint, Defendant SURYA-RAO PAKALAPATI, M.D. (hereinafter referred to as "PAKALAPATI" or "Defendant"), was and is an Individual within the State of California, with jurisdiction of San Bernardino, California.

///
///
///

1
COMPLAINT FOR MEDICAL MALPRACTICE

3. The true names and capacities of the Defendants named herein as Does 1 through 100, inclusive, whether individual, corporate, associate of otherwise, are unknown to Plaintiff who therefore sues such Defendants by fictitious names pursuant to Code of Civil Procedure 474. Plaintiff is informed and believes that the DOE Defendants are California residents. Plaintiff will amend this Complaint to show such true names and capacities when they have been determined.

4. The allegations of this Complaint are stated on information and belief likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

5. On or about approximately January 28, 2016, Plaintiff was diagnosed with Cirrhosis by Defendant, PAKALAPATI at, Jerry L. Pettis VA Medical Center located at 11201 Benton Street, Loma Linda, CA 92354.

6. Defendants were negligent pertaining to the care, including, but not limited to procedures undertaken by Plaintiff from approximately and including, but not limited to, 2015 thru 2016 at said location.

7. On or about approximately December 1, 2015 thru January 28, 2016, Plaintiff PALACIOS was under the care of Defendants in regards to what was supposed to be Hepatitis C.

8. On or about approximately January 28, 2016, PALACIOS was diagnosed with Cirrhosis.

9. As a result of the procedure conducted on or the above dates, Plaintiff suffered physical and emotional injuries as a result of Defendants' failure to properly diagnose Plaintiff.

10. The physical and emotional injuries suffered by Plaintiff as a result of the diagnosis include, but are not limited to, Cirrhosis.

11. At said time and place, as aforesaid, Defendants, and each of them, so negligently, carelessly, recklessly, wantonly, and unlawfully treated and handled Plaintiff both in causing the injury, and/or fostering an environment that allowed such an injury to occur and/or failing to provide the ordinary standard of care so as to directly and proximately cause Plaintiff's injury.

12. The damages sought by Plaintiff in this action exceed the minimum jurisdictional amount of this court; and, as to that jurisdictional amount, the court has jurisdiction of this matter.

///

2

COMPLAINT FOR MEDICAL MALPRACTICE

# FIRST CAUSE OF ACTION

## MEDICAL MALPRACTICE

(Against All Defendants and DOES 1 to 100)

13. Plaintiff realleges and incorporates by reference all paragraphs, as though fully set forth herein.

14. Pursuant to California Health and Safety Code Section 340.5(1), Defendants are Health Care Providers who rendered medical services.

15. Defendants had a duty to have the degree of learning and skill ordinarily possessed by members of the profession, to perform the standard of care and skill ordinarily used in like cases by reputable members of the same profession practicing in the same locality and to use reasonable diligence in the application of their learning and skill ordinarily possessed by members of the profession.

16. Defendants breached their duty to perform the standard of care and skill ordinarily used in like cases by reputable members of the same profession practicing in the same locality by failing to use the knowledge, skill and care ordinarily exercised by members of the profession in the same locality.

17. Defendants were negligent pertaining to the care given to Plaintiff at 11201 Benton Street, Loma Linda, CA 92354 on or about approximately December 1, 2015 thru March 2016.

18. Absent the negligence of Defendants, there is a reasonable medical probability that Plaintiff would have obtained a better result.

19. Defendants, by and through their conduct, caused Plaintiff's damages.

///
///
///

3

COMPLAINT FOR MEDICAL MALPRACTICE

## PRAYER FOR RELIEF

WHEREFORE Plaintiff prays for judgment against all Defendants, and each of them, on all Causes of Action as follows:

A. Special damages in a sum according to proof;

B. For interest provided by law from the date of Plaintiff's injury;

C. For compensatory and general damages in a sum not exceeding $250,000.00 per limit as established by law.

DATED: December 12, 2017

By: *(signed)* VICTOR S. PALACIOS

4

COMPLAINT FOR MEDICAL MALPRACTICE