JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR S. PALACIOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SURYA-RAO PAKALAPATI, M.D., and DOES 1 TO 100,<br><br>    Defendants. | No. 5:18-cv-00994-JVS-SP<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Honorable James V. Selna<br>United States District Judge |

Pursuant to the Stipulation of the Parties,

IT IS HEREBY ORDERED that this action is dismissed without prejudice. Each Party shall bear their own costs and fees, including attorneys' fees.

DATED: May 21, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

  /s/  Karen Y. Paik
KAREN Y. PAIK
Assistant United States Attorney

Attorneys for Defendant
United States of America